IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-0122-ZLW-BNB

LYNN JEWELL,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated: September  21 , 2005

    It is ORDERED that LINA's Unopposed Motion To File [A] Brief Responding To Jewell's "Consideration Of Additional Evidence" is denied without prejudice.  Although LINA's online guidelines may be filed under seal pursuant to Magistrate Judge Boland's Order of July 28, 2005, the July 28 Order did not permit LINA to file an entire response brief under seal.  Counsel are reminded that briefs are not pleadings.[1]  Defendant LINA may file a motion on or before September 28, 2005, setting forth "compelling reasons"[2] why its response brief, or portions thereof, should be filed under seal.

---

[1] See Fed. R. Civ. P. 7(a).

[2] See D.C.COLO.LCiv.R. 7.2A.