IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk
March 9, 2006

Darlene Martinez, Court Reporter
LaDonne Bush, Deputy Clerk

Civil Action No. 04-cv-00122-ZLW-BNB

LYNN JEWELL,                                              Mark H. Kane

Plaintiff,

v.

LIFE INSURANCE COMPANY OF                                 Jack M. Englert, Jr.
NORTH AMERICA,

Defendant.

## COURTROOM MINUTES

**Hearing on LINA's Motion For Judgment On The Administrative Record**

2:00 p.m.    Court in Session.

Appearances of counsel.

2:04 p.m.    Argument by Mr. Englert.

2:30 p.m.    Argument by Mr. Kane.

2:47 p.m.    Rebuttal argument by Mr. Englert.

Court's conclusions of law.

**ORDERED:  LINA's Motion For Judgment On The Administrative Record (Doc. No. 14), filed June 7, 2004, is denied.**

**ORDERED:  Judgment will enter in favor of Plaintiff.  Plaintiff shall be awarded his past due long-term disability benefits.  Defendant is obligated to pay Plaintiff his ongoing long-term disability benefits under the long-term disability policy.  The parties shall pay their own costs and attorney fees.**

Discussion regarding the calculation of benefits.

**ORDERED:   No later than March 24, 2006, counsel shall submit a proposed judgment or joint status report.**

Discussion regarding prejudgment interest.

3:07 p.m.     Court in Recess.

Hearing concluded.  Total time in court: 01:07.