IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-0122-ZLW-BNB

LYNN JEWELL,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

## ORDER

---

The matter before the Court is Lina's Unopposed Motion To Stay Execution Of Judgment.  The Court find that there is good cause shown to stay execution of or any proceedings to enforce the Judgment entered in this action on June 2, 2006, and that Defendant has tendered a supersedeas bond that is acceptable to Plaintiff and is good and adequate security for the Judgment.  Accordingly, it is

ORDERED that  Lina's Unopposed Motion To Stay Execution Of Judgment is granted.  It is

FURTHER ORDERED that the execution of, or any proceedings to enforce, the Judgment entered in this action on June 2, 2006, are stayed until the date the United

States Court of Appeals for the Tenth Circuit issues its mandate in the appeal that Defendant intends to take from the June 2, 2006, Judgment.

DATED at Denver, Colorado, this ___23___ day of June, 2006.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court