IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-00122-ZLW-BNB

LYNN JEWELL,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.

---

## ORDER REINSTATING CASE

---

        Pursuant to the mandate of the United States Court of Appeals for the Tenth

Circuit filed on December 26, 2007, it is

        ORDERED that this civil action is reinstated.  It is

        FURTHER ORDERED that counsel shall confer regarding a briefing schedule

with respect to a renewed Motion For Judgment On The Administrative Record by

Defendant, and shall file with the Court an agreed-upon proposed briefing schedule on

or before January 15, 2008.  It is

        FURTHER ORDERED that counsel are encouraged to contact the Chambers of

Magistrate Judge Boland to schedule a settlement conference in this case.

        DATED at Denver, Colorado, this   8   day of January, 2008.

                                BY THE COURT:

                                _____
                                ZITA L. WEINSHIENK, Senior Judge
                                United States District Court