IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-00122-ZLW-BNB

LYNN JEWELL,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: February __7__, 2008


    It is ORDERED that Plaintiff's Motion To Reconsider Clerk's Award Of Bill Of Costs (Doc. No. 146) is denied without prejudice. The motion will be not be considered by the Court until Plaintiff has complied with D.C.COLO.LCivR 7.1A.