IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-00122-ZLW-BNB

LYNN JEWELL,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

## ORDER

The matter before the Court is Defendant's Motion To Vacate Judgment And Stay Order And To Approve Release Of Supersedeas Bond (Doc. # 140). The Court has reviewed the moving and responding papers and the applicable legal authority. It is

ORDERED that Defendant's Motion To Vacate Judgment And Stay Order And To Approve Release Of Supersedeas Bond is granted. It is

FURTHER ORDERED that (a) the Judgment entered on June 2, 2006 is vacated, (b) the Order Granting LINA's Unopposed Motion To Stay Execution Of Judgment dated June 26, 2006 is vacated, and (c) the release of the supersedeas bond that LINA provided as security for the Stay Order is approved.

DATED: March __6__, 2008     BY THE COURT:

*s/ Zita L. Weinshienk*
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court