IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-00122-ZLW-BNB

LYNN JEWELL,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Dated: March __26th__, 2008

    It is ORDERED that LINA's Unopposed Motion For Leave To File Brief Exceeding 25 Pages (Doc. No. 161) is granted, and Defendant may file a response brief not to exceed 30 pages.