IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-00122-ZLW-BNB

LYNN JEWELL,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

**ORDER**

---

The matter before the Court is Plaintiff's Amended Motion To Reconsider Clerk's Award Of Bill of Costs. Plaintiff has cited no authority indicating that a district court's award of costs on appeal pursuant to Fed. R. App. P. 39(e) is subject to reconsideration because the party against whom costs were awarded has filed a writ of certiorari with the United States Supreme Court, and the Court is aware of no such authority. Accordingly, It is

ORDERED that Plaintiff's Amended Motion To Reconsider Clerk's Award Of Bill of Costs (Doc. No. 150) is denied.

DATED at Denver, Colorado, this __28th__ day of May, 2008.

                BY THE COURT:

                _____
                ZITA L. WEINSHIENK, Senior Judge
                United States District Court