IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-00122-ZLW-BNB

LYNN JEWELL,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.

---

**ORDER ALLOWING EXTENSION OF DEADLINE TO FILE JOINT PROPOSED FINAL JUDGMENT**

---

After review of Plaintiff's Unopposed Motion for Extension of Deadline to File Joint Proposed Final Judgment, it is

ORDERED that the motion is granted and the deadline to file Joint Proposed Final Judgment is April 6, 2009.

Dated: March 30, 2009

        BY THE COURT:

        */s/ Zita L. Weinshienk*

        Zita L. Weinshienk, Senior Judge
        United States District Court