IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-00122-ZLW-BNB

LYNN JEWELL,

        Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

        Defendant.
_____

**ORDER**
_____

        It is ORDERED that counsel for the parties shall confer in an attempt to reach agreement on the form of the Judgment in this case.  It is

        FURTHER ORDERED that, on or before May 8, 2009, the parties shall file either an agreed-upon proposed Judgment or a statement setting forth the remaining areas of disagreement concerning the Judgment.

        DATED at Denver, Colorado, this 29th day of April, 2009.

                                            BY THE COURT:

                                            _____
                                            ZITA L. WEINSHIENK, Senior Judge
                                            United States District Court