IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00122-ZLW-BNB

LYNN JEWELL,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO
STAY EXECUTION OF JUDGMENT**

---

    THIS MATTER having come before the Court on Defendant's Unopposed Motion to Stay Execution of Judgment, pursuant to Fed. R. Civ. P. 62(d) and Fed. R. App. P. 8(a), and the Court being fully advised in the premises,

    FINDS that there is good cause shown to stay execution of or any proceedings to enforce the Judgment entered in this action on June 3, 2009, and

    FURTHER FINDS that Defendant Life Insurance Company of North America ("LINA") has tendered a Supersedeas Bond that is acceptable to Plaintiff and is good and adequate security for the June 3, 2009 Judgment, and

    ORDERS that execution of, or any proceedings to enforce, the Judgment entered in this action on June 3, 2009 are stayed until the date the United States Court of Appeals for the Tenth Circuit issues its mandate in the appeal that LINA has taken from the June 3, 2009 Judgment.

Dated: _July 22_, 2009.

BY THE COURT:

_____
Zita L. Weinsheink
District Court Judge