# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00122-ZLW-BNB

LYNN JEWELL,

    Plaintiff,

v.

LIFE INSURANCE COMPANY OF NORTH AMERICA,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO VACATE STAY ORDER AND APPROVE RELEASE OF SUPERSEDEAS BOND**

---

The Court has considered the unopposed motion of defendant Life Insurance Company of North America ("LINA") to vacate stay order and to approve release of supersedeas bond and finds that good cause supports the granting of this motion, and

THEREFORE, THE COURT ORDERS that the July 22, 2009 order granting LINA's unopposed motion to stay execution of judgment is vacated;

IT IS ALSO ORDERED that the supersedeas bond tendered by LINA to the Court on July 20, 2009 is released.

Dated: November 4, 2009.

BY THE COURT:

*/s/ Zita L. Weinshienk*

Zita Leeson Weinshienk
Senior U.S. District Court Judge